United States District Court
Southern District of Texas
**ENTERED**
November 20, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MILTON JESUS FERNANDEZ PEREZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-3619 |
| | § | |
| WARDEN, MONTGOMERY PROCESSING CENTER, *et al.* | § | |
| | § | |
| | § | |
| Respondents. | § | |

**ORDER OF DISMISSAL**

Petitioner Milton Jesus Fernandez Perez filed this petition when detained in the custody of officials with Immigration and Customs Enforcement (ICE) and challenged his mandatory detention under 8 U.S.C. § 1225 (Dkt. 1). At the time he filed his petition, he was in removal proceedings. The respondents have notified the Court that the petitioner now is subject to a final order of removal (Dkt. 8; Dkt. 10). The petitioner did not respond. Public online records confirm that removal proceedings have concluded.

Because the petitioner is subject to a final order of removal, he is no longer detained under 8 U.S.C. § 1225, and his claims for relief are moot. The Court thus has no constitutional authority to resolve the petition. *See Ctr. for Biological Diversity, Inc. v. BP Am. Prod. Co.*, 704 F.3d 413, 425 (5th Cir. 2013); *Rocky v. King*, 900 F.2d 864, 866 (5th Cir. 1990). Additionally, this Court has no jurisdiction to review the final order of removal.

*See* 8 U.S.C. § 1252(a)(5); *Merlan v. Holder*, 667 F.3d 538, 539 (5th Cir. 2011); *Moreira v. Mukasey*, 509 F.3d 709, 712 (5th Cir. 2007).

Therefore, the Court **ORDERS** as follows:

1. This habeas action is **DISMISSED as moot**.

2. All pending motions are **DENIED as moot**.

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas, on November 20, 2026.

George C. Hanks Jr.

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE